IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JAMES GARLAND TAYLOR, #21031009 | § | |
| VS. | § | CIVIL ACTION NO. 5:05cv150 |
| WARDEN, F.C.I. | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case. The Report recommended dismissing the case with prejudice for lack of jurisdiction and without prejudice regarding all other issues.

In response, Petitioner, an inmate confined at F.C.I. Texarkana, filed a motion to dismiss the case with prejudice for lack of jurisdiction and without prejudice regarding all other issues. This Court made a *de novo* review of Petitioner's motion.

This Court finds that the Magistrate Judge's conclusions are correct, and adopts them as the Court's conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that Petitioner's motion to dismiss (dkt#7) is **GRANTED** and that this action is **DISMISSED WITH PREJUDICE** for lack of jurisdiction

and **DISMISSED WITHOUT PREJUDICE** regarding all other issues; and

**ORDERS** that all motions not previously ruled on are denied.

**SIGNED this 18th day of October, 2005.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE